# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lee Dozier,<br><br>　　　　Plaintiff,<br>　v.<br>Gasco Inc.,<br><br>　　　　Defendant. | Case No. 1:23-cv-00606-DJC-AC<br><br>**ORDER REFERRING ACTION TO VDRP AND STAYING ALL PROCEEDINGS** |

Upon the Stipulation of the parties to refer this action to VDRP and stay all proceedings, it is

ORDERED that this action be referred to VDRP for mediation. Additionally, all proceedings are hereby stayed pending the outcome of VDRP. The parties shall file a joint status report no later than 7 days after the conclusion of their VDRP session. Defendant shall file a responsive pleading no later than 14 days after the conclusion of the VDRP session if the case does not settle.

Dated:  March 4, 2024　　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE